NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                     )
                                      )
           Appellant,          )
                                      )
v.                                    )     Case No. 2D18-2132
                                      )
MICHAEL HALEY,                        )
                                      )
           Appellee.           )
                                      )
_____)

Opinion filed March 6, 2019.

Appeal from the Circuit Court for Pinellas
County; Nancy Moate Ley, Judge.

Ashley Moody, Attorney General,
Tallahassee, and Lisa Martin, Assistant
Attorney General, Tampa, for Appellant

Charles H. Holloway of Charles H.
Holloway, P.A., Clearwater, for
Appellant.


PER CURIAM.


        Affirmed.


KELLY, KHOUZAM, and SLEET, JJ., Concur.